835

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 815-555

DIVISION " "



### DARLENE COOPER

### VERSUS

### CIRCLE K STORES, INC. and
### THE TRAVELERS INDEMNITY COMPANY OF AMERICA

FILED: _____    _____
                                                                    DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **DARLENE COOPER**, a person of the full age of majority and a resident of the Parish of St. John the Baptist, State of Louisiana with respect represents:

1.

The following are made defendants herein:

a.   **CIRCLE K STORES INC.**, a foreign corporation authorized to do and doing business in this Parish and this State; and

b.   **THE TRAVELERS INDEMNITY COMPANY OF AMERICA**, a foreign insurance company which has appointed the Secretary of State for the State of Louisiana as agent for service of process and hence, is considered as domiciled in Jefferson Parish, State of Louisiana.

2.

Venue is proper in the Parish of Jefferson pursuant to Louisiana Code of Civil Procedure because the incident that is the subject of this suit occurred within Jefferson Parish.

3.

This Court has subject matter jurisdiction to hear the actions presented in this suit.

4.

On or about July 10, 2020, Petitioner, **DARLENE COOPER**, traveled to a gas station operated by Defendant, Circle K Stores, Inc., d/b/a Circle K Store No. 2707671, located at 2209 N. Causeway Blvd., Metairie, Louisiana 70001 Metairie. Petitioner parked her vehicle at the first gasoline pump and exited her vehicle to fill her gas tank when, suddenly and without warning, she tripped and fell on an uneven surface and/or depression of a severely damaged area of concrete, causing serious injuries to Petitioner.





EXHIBIT
A

04/05/2021 09:30:47 CERTIFIED TRUE COPY - Pg:1 of 6 - Jefferson Parish Clerk of Court - ID:2146277

5.

At all times pertinent herein, the premises in question were owned and/or operated and/or managed by the defendant, **CIRCLE K STORES INC.**

6.

Petitioner avers that the defective, uneven ground created an unreasonably dangerous condition causing her to trip and fall. Moreover, the area in question did not have warnings.

7.

The defendant, **CIRCLE K STORES INC.**, had custody, control and/or guarde of the area in question and the defective, uneven ground and parking lot created an unreasonably dangerous condition in the area. The defendant knew or should have known of the unreasonably dangerous condition in the area and/or created same and is liable unto petitioner pursuant to Louisiana Civil Code Article 2317, 2317.1, and/or 2322 for her damages which were occasioned by the unreasonably dangerous condition.

8.

Petitioner avers that the defendant, **CIRCLE K STORES INC.**, was negligent in the following nonexclusive particulars:

a) Failing to give warnings of the dangerous condition;

b) Failing to properly inspect and maintain the area in question to discover the dangerous condition;

c) Failing to warn of inherent dangers associated with things under its guarde, custody, and control;

d) Failing to provide a safe means of ingress and egress to its premises and gas pumps;

e) Failing to do what was necessary to keep the common area and grounds safe;

f) Failing to provide and maintain a safe area for its customers, invitees, and employees;

g) Failing to properly supervise and instruct its employees to discover, report, and remedy defects in and on the premises;

h) Failing to maintain a safe parking lot

i) Failing to repair the condition causing the deteriorated, damaged, and/or cracked cement on the premises;

j) Allowing a hazardous condition or defect to exist, which presented an unreasonable risk of harm to its customers, invitees, and employees; and

k) Such other acts of negligence arising out of this incident as may be shown at the trial of this matter.


JON A. GEGENHEIMER   04/05/2021 09:30:47 CERTIFIED TRUE COPY - Pg:2 of 6 - Jefferson Parish Clerk of Court - ID:2146277

9.

Prior to this accident, the defendant, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, had issued a public liability policy which was in full force and effects at the time of the subject accident, insuring CIRCLE K STORES, INC.

10.

The petitioner also avers that the doctrine of *res ipsa loquitur* applies in this case in further support of her claims against the defendant.

11.

As a result of the negligence and/or fault of the above defendant, CIRCLE K STORES INC., petitioner sustained injuries to her right shoulder, right hip, right knee, right elbow, and other parts of her body, causing her to suffer severe pain and disability as well as other damages itemized herein below.

12.

Based on the foregoing, the petitioner, DARLENE COOPER, avers that she sustained the following non-exclusive damages:

Past and future medical expenses

Past and future loss of wages

Loss of earning capacity

Past and future physical pain and suffering

Past and future mental pain and anguish

Physical disability

Physical disfigurement and scarring

Loss of enjoyment of life.

WHEREFORE, petitioner, DARLENE COOPER, prays that after all due proceedings had, there be judgment in their favor and against the defendants, CIRCLE K STORES INC. and THE TRAVELERS INDEMNITY COMPANY OF AMERICA for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

[SIGNATURE TO FOLLOW ON THE FOLLOWING PAGE]



Respectfully Submitted,

Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP

George B. Recile (#11414)
Anya M. Jones (#36923)
Jonathan M. Lee (#38814)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 437-1650
*Attorneys for Plaintiff, Darlene Cooper*

PLEASE SERVE

CIRCLE K STORES INC.
Through its agent for service of process:
Corporation Service Company
501 Louisiana Ave
Baton Rouge, LA 70802

THE TRAVELERS INDEMNITY COMPANY OF AMERICA
Through the Secretary of State
State of Louisiana
8585 Archives Ave
Baton Rouge, LA 70809


JON A. GEGENHEIMER  04/05/2021 09:30:47 CERTIFIED TRUE COPY - Pg:4 of 6 - Jefferson Parish Clerk of Court - ID:2146277

24th E-Filed: 03/10/2021 12:49 Case: 815555 Div:O Atty:011414 GEORGE B RECILE

5/5

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 85-555                                DIVISION O

### DARLENE COOPER

### VERSUS

### CIRCLE K STORES, INC. and
### THE TRAVELERS INDEMNITY COMPANY OF AMERICA

FILED: _____

_____
DEPUTY CLERK

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, DARLENE COOPER, and makes the following requests:

1.

Pursuant to LSA-C.C.P. Article 1572, plaintiff requests written notice ten (10) days in advance of the date fixed for the trial or hearing on any exceptions, motions, or rules on the merits of the captioned matter.

2.

Pursuant to LSA-C.C.P. Articles 1913 and 1914, plaintiff requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, or rules on the merits of the captioned suit.

WHEREFORE, the premises considered, plaintiff, DARLENE COOPER, requests that she be furnished with the above specified information.

Respectfully Submitted,

Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP

_____
George B. Recile (#11414)
Anya M. Jones (#36923)
Jonathan M. Lee (#38814)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 437-1650
*Attorneys for Plaintiff, Darlene Cooper*


JON A. GEGENHEIMER

04/05/2021 09:30:47 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2146277